Daniel Joseph CONNOLLY

v.

UNITED STATES of America.

No. 5768.

United States Court of Appeals
Tenth Circuit.

March 11, 1958.

Marvin S. Dansky, Denver, Colo., for appellant.

William C. Farmer, U. S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U. S. Atty., Kansas City, Kan., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

---

Alvin Darcy BOOTH

v.

C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 5765.

United States Court of Appeals
Tenth Circuit.

March 12, 1958.

William C. Farmer, U. S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U. S. Atty., Kansas City, Kan., for appellee.

Before PICKETT, LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

---

TRIO TELEVISION SALES AND
SERVICE, Inc.,

v.

ADMIRAL CORPORATION OF CHICAGO, ILLINOIS, et al.

No. 5799.

United States Court of Appeals
Tenth Circuit.

March 11, 1958.

Albert Latham, Jr., and Alice Loveland, Denver, Colo., for appellant.

Peter H. Dominick, Jay W. Tracey, Jr., Herbert W. DeLaney, Jr., Dayton Denious, Omer Griffin, and Reibscheid & Machol, Denver, Colo., and M. O. Shivers, Jr., Englewood, Colo., for appellees.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Dismissed on motion of appellees.

---

Delbert MAYBERRY

v.

UNITED STATES of America.

No. 5839.

United States Court of Appeals
Tenth Circuit.

March 14, 1958.

B. Hayden Crawford, U. S. Atty., Tulsa, Okl., for appellee.

Before BRATTON, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure of appellant diligently to prosecute the same.